**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
OFFICE OF THE CLERK**

Alfred A. Arraj
United States Courthouse
901 19th Street
Denver, Colorado 80294
www.cod.uscourts.gov

Jeffrey P. Colwell
*Clerk*

Phone: (303) 844-3433

Date: 11/5/2021

☒ Pro Se  ☐ Retained  ☐ CJA  ☐ FPD  ☐ USA or other Federal Agency (Appeal Fee Exempt)

Case No: 21-cv-00385-LTB

Date Filed: 11/04/2021

Appellant: Cedric Greene

☐ Amended Notice of Appeal
☐ Other pending appeals
☐ Transferred Successive §2254 or §2255
☐ Supplemental Record

Pro Se Appellant:
☐ IFP forms mailed/given   ☐ Motion IFP pending   ☐ Appeal fee paid
                           ☐ IFP denied           ☒ Appeal fee not paid

Retained Counsel:
☐ Appeal fee paid   ☐ Appeal fee not paid   ☐ Motion IFP filed

The Preliminary Record on Appeal is hereby transmitted to the Tenth Circuit Court of Appeals. Please refer to the forms, procedures, and requirements for ordering transcripts, preparing docketing statements and briefs, and designations of the record that are found on the Tenth Circuit's website, www.ca10.uscourts.gov.

If not already completed, either an appeal fee payment for filing this case or filing of a motion to proceed *in forma pauperis* will be made to this District Court.

The transcript order form must be filed in the District Court as well as the Court of Appeals within 14 days after the notice of appeal was filed with the District Court.

If you have questions, please contact this office.

Sincerely,

JEFFREY P. COLWELL, CLERK

by: s/S. Dunbar
    Deputy Clerk

Rev. 8/17/2017

cc: Clerk of the Court, Tenth Circuit Court of Appeals

Rev. 8/17/2017

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00385-GPG

CEDRIC GREENE,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

## ORDER DISMISSING ACTION

Plaintiff Cedric Greene, a resident of Los Angeles, California, has submitted to the Court *pro se* a "Motion Dor [sic] Leave to File a 'Pro Se' Action in the District of Colorado and Request for Judicial Notice." (ECF No. 1).

Mr. Greene is enjoined from filing a civil action *pro se* in this Court unless he complies with the requirements of his filing restrictions under *Greene v. Office of the Comptroller of the Currency*, 19-cv-00821-LTB, ECF No. 10 (D. Colo. June 13, 2019). To file an action in this Court, Mr. Greene must take the following steps:

1. File with the Clerk of this Court a motion requesting leave to file a *pro se* action.

2. Include in the motion requesting leave to file a *pro se* action the following information:

    A. A list of all lawsuits currently pending or filed previously in the District of Colorado, including the name, number, and citation, if applicable, of each case, and the current status or disposition of each case; and

    B. A statement of the legal issues to be raised in the proposed new pleading and whether he has raised the same issues in other

Case 1:21-cv-03825-LTB Document 6-1 Filed 11/05/21 USDC Colorado Page 2 of 3
Case 1:21-cv-00385-LTB Document 6 Filed 11/05/21 USDC Colorado Page 2 of 8
Appellate Case: 21-1395   Document: 010110601140   Date Filed: 11/05/2021   Page: 4

    proceedings in the District of Colorado or any other federal court. If so, he must cite the case number and docket number where the legal issues previously have been raised.

  C. A notarized affidavit, in proper legal form, which certifies that, to the best of Plaintiff's knowledge, the legal arguments being raised are not frivolous or made in bad faith, they are warranted by existing law or a good faith argument for the extension, modification, or reversal of existing law, that this Court is the proper venue for such action, that the action is not interposed for any improper purpose such as delay, harassment, or to needlessly increase the cost of litigation, and that he will comply with all federal and local rules of this Court.

3. Submit the proposed new pleading to be filed in the *pro se* action.

Mr. Greene is not represented by counsel in this action, and he has failed to comply with the filing restrictions. Therefore, the action will be dismissed because Mr. Greene failed to comply with the sanction order.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Mr. Greene files a notice of appeal, he must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed to comply with the sanction order restricting his ability to file *pro se* actions in the District of Colorado. It is

Case 1:21-cv-03825-LTB Document 6-1 Filed 11/05/21 USDC Colorado Page 3 of 3
Case 1:20-cv-03065-LTB Document 16 Filed 02/10/21 USDC Colorado Page 3 of 3
Appellate Case: 21-1395   Document: 010110601140   Date Filed: 11/05/2021   Page: 5

FURTHER ORDERED that Mr. Greene is denied leave to proceed *in forma pauperis* on appeal.

DATED at Denver, Colorado, this   10th   day of   February  , 2021.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00385-LTB

CEDRIC GREENE,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on February 10, 2021, it is hereby

ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

DATED at Denver, Colorado, this 10 day of February, 2021.

                          FOR THE COURT,

                          JEFFREY P. COLWELL, Clerk

                          By: s/ R. Villa,
                          Deputy Clerk

Case 1:21-cv-00385-LTB Document 16-1 Filed 11/05/21 USDC Colorado Page 1 of 2  Case 1:21-cv-00385-LTB Document 12 Filed 10/23/21 USDC Colorado Page 5 of 8

Appellate Case: 21-1395   Document: 010110601140   Date Filed: 11/05/2021   Page: 7

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00385-LTB

CEDRIC GREENE,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    On October 18, 2021, Plaintiff filed a "Motion for Leave to File as Pro Se and Reinstate." (ECF No. 11). The Motion is **DENIED**.   This case was dismissed on February 10, 2021 because Plaintiff failed to comply with the filing restrictions imposed against him. (ECF No. 3).   Any additional documents filed in this case will be stricken.

Dated:   October 22, 2021

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00385-LTB

CEDRIC GREENE,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    On October 25, 2021, Plaintiff filed a "Motion for Reconsideration to the Chief Judge." (ECF No. 13). The Clerk of Court is ordered to STRIKE the motion.

    Plaintiff was warned on October 22, 2021, that this action was closed because he failed to comply with the filing restrictions imposed against him. (ECF No. 12). He was also warned that any additional documents filed in this case would be stricken. (*Id.*).

    Plaintiff is again advised that further filings will not be considered. The Clerk of Court is directed to strike any future filings in this closed action.

Dated: November 1, 2021

Case 1:21-cv-00385-LTB Document 16 Filed 11/05/21 USDC Colorado Page 6 of 8
Appellate Case: 21-1395   Document: 010110601140   Date Filed: 11/05/2021   Page: 8

6

Case 1:21-cv-00385-LTB Document 16 Filed 11/05/21 USDC Colorado Page 1 of 2
Case 1:21-cv-00385-LTB Document 16 Filed 11/05/21 USDC Colorado Page 7 of 8
Appellate Case: 21-1395   Document: 010110601140   Date Filed: 11/05/2021   Page: 9

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*4:21 pm, Nov 04, 2021*
**JEFFREY P. COLWELL, CLERK**

**UNITED STATES DISTRICT COURT- DISTRICT OF COLORADO**
**901- 19th Street- Room A105**
**Denver, Colorado 80294- 3589**

No. 1: 21- CV- 00330- LTB

**CEDRIC GREENE,**

Plaintiff,

v.

**DENVER COUNTY COURT; RODEWAY INN/ OYO HOTEL,**

Defendant.

No. 1: 21- CV- 00385- LTB

**CEDRIC GREENE,**

Plaintiff,

v.

**FRONTIER AIRLINES, INC.,**

Defendant.

No. 1: 21- CV- 01613- LTB

**CEDRIC GREENE,**

Plaintiff,

v.

**CHARTER SPECTRUM INC.,**

Defendant.

Case 1:21-cv-01385-LTB-GPG Document 16-1 Filed 11/05/21 Colorado Page 2 of 2
Case 1:21-cv-03135-LTB Document 6 Filed 11/08/21 Page 8 of 8
Appellate Case: 21-1395     Document: 010110601140     Date Filed: 11/05/2021     Page: 10

## NOTICE OF APPEALS

**Notice is hereby given that *CEDRIC GREENE,* in the above cases, hereby appeals to the United States Court of Appeals for the Tenth Circuit regarding all minute orders that were issued on separate dates in the above matters.**

**It is furthermore requested that Greene be presented with the opportunity to remove his *banned status* in the District of Colorado, because the restriction is more of a ban.**

**We understand and recognize that these are case matters that has been before the Tenth Circuit previously, but in these proposed appeals Greene will be appealing the ban.**

**If the ban is unable to be lifted, Greene will seek resolution in a different fashion for resolution of case reasons.**

**Mr. Greene is unable to comply with filing guidelines imposed against him if the opportunity isn't given to him by the below venue, or any other jurisdiction that has limited him.**

**Therefore, in accordance with Appellate Rule 4(a)(1), *CEDRIC GREENE* will ask the above Court for acceptance of this latest matter for *potential resolution purposes.***

**Dated: November 4, 2021**                                                                                   **Signed by** *: Cedric Greene*

## U.S. District Court – District of Colorado
### District of Colorado (Denver)
### CIVIL DOCKET FOR CASE #: 1:21–cv–00385–LTB

| | |
|---|---|
| Greene v. Frontier Airlines, Inc.<br>Assigned to: Judge Lewis T. Babcock<br>Case in other court: USCA, 21–01070<br>Cause: 42:1983 Civil Rights Act | Date Filed: 02/05/2021<br>Date Terminated: 02/10/2021<br>Jury Demand: None<br>Nature of Suit: 440 Civil Rights: Other<br>Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **Cedric Greene** | represented by | **Cedric Greene**<br>501 East 6th Street<br>Los Angeles, CA 90021<br>323–972–9966<br>PRO SE |

V.

**Defendant**

**Frontier Airlines, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/04/2021 | 15 | NOTICE OF APPEAL as to 4 Clerk's Judgment, 3 Order Dismissing Case,, Order Reassigning Case, 12 Order on Motion for Order, 14 Order on Motion for Reconsideration, by Plaintiff Cedric Greene. (sdunb, ) (Entered: 11/05/2021) |
| 11/01/2021 | 14 | MINUTE ORDER. The Clerk of Court is ordered to STRIKE the (ECF. No. 13 ) Motion for Reconsideration to the Chief Judge. Plaintiff is again advised that further filings will not be considered. The Clerk of Court is directed to strike any future filings in this closed action. By Judge Lewis T. Babcock on 11/01/2021.(sdunb, ) (Entered: 11/01/2021) |
| 10/25/2021 | 13 | **STRICKEN** PLAINTIFFS MOTION FOR RECONSIDERATION TO THE CHIEF JUDGE OF THE U.S. DISTRICT re Relief from 4 Judgment or Order by Plaintiff Cedric Greene. (sdunb, ) Modified on 11/1/2021 strike motion (sdunb, ). (Entered: 10/25/2021) |
| 10/22/2021 | 12 | MINUTE ORDER. On October 18, 2021, Plaintiff filed a "Motion for Leave to File as Pro Se and Reinstate." (ECF No. 11 ). The Motion is DENIED. This case was dismissed on February 10, 2021 because Plaintiff failed to comply with the filing restrictions imposed against him. (ECF No. 3 ). Any additional documents filed in this case will be stricken, by Judge Lewis T. Babcock on 10/22/2021.(angar, ) (Entered: 10/22/2021) |
| 10/18/2021 | 11 | MOTION for Leave to File as Pro Se and Reinstate by Plaintiff Cedric Greene. (sdunb, ) (Entered: 10/18/2021) |
| 10/13/2021 | 10 | MANDATE of USCA as to Cedric Greene re 5 Notice of Appeal and 9 USCA Order and Judgment (USCA Case No. 21–1070) (sdunb, ) (Entered: 10/13/2021) |
| 09/21/2021 | 9 | USCA Order and Judgment as to 5 Notice of Appeal filed by Cedric Greene : (USCA Case No. 21–1070) (This document is not the Mandate) (sphil, ) (Entered: 09/23/2021) |
| 03/18/2021 | 8 | RECORD ON APPEAL filed by the U.S. Court of Appeals for the Tenth Circuit as to 5 Notice of Appeal filed by Cedric Greene. Record on appeal filed. No. of Volumes: 1, Comments: Vol. 1–pleadings. (USCA Case No. 21–1070). Text Only Entry. (rvill, ) (Entered: 03/18/2021) |
| 03/01/2021 | 7 | USCA Case Number 21–1070 for 5 Notice of Appeal filed by Cedric Greene. (athom, ) (Entered: 03/01/2021) |

| | | |
|---|---|---|
| 03/01/2021 | 6 | LETTER Transmitting Notice of Appeal to all counsel advising of the transmittal of the 5 Notice of Appeal filed by Cedric Greene to the U.S. Court of Appeals. (Pro Se, Fee not paid and 1915 motion not filed, IFP status on appeal denied in final order,) (Attachments: # 1 Docket Sheet, # 2 Preliminary Record) (athom, ) (Entered: 03/01/2021) |
| 02/26/2021 | 5 | NOTICE OF APPEAL as to 3 Order Dismissing Case, 4 Clerk's Judgment, by Plaintiff Cedric Greene. (athom, ) (Entered: 03/01/2021) |
| 02/10/2021 | 4 | JUDGMENT by Clerk re: 3 Order Dismissing Actions on February 10, 2021. (rvill, ) (Entered: 02/10/2021) |
| 02/10/2021 | 3 | ORDER DISMISSING ACTION. The action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed to comply with the sanction order restricting his ability to file pro se actions in the District of Colorado. IFP on appeal is denied, by Judge Lewis T. Babcock on February 10, 2021. (rvill, ) (Entered: 02/10/2021) |
| 02/05/2021 | 2 | Case assigned to Magistrate Judge Gordon P. Gallagher. Text Only Entry (cpomm, ) (Entered: 02/08/2021) |
| 02/05/2021 | 1 | Plaintiff's MOTION dor Leave to file a "Pro Se" Action in the District of Colorado and Request for Judicial Notice by Plaintiff Cedric Greene. (cpomm, ) (Entered: 02/08/2021) |