**FILED**
**United States Court of Appeals**
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**November 30, 2021**

**Christopher M. Wolpert**
**Clerk of Court**

_____

CEDRIC GREENE,

    Plaintiff - Appellant,

v.

CHARTER SPECTRUM, INC.,

    Defendant - Appellee.

No. 21-1245
(D.C. No. 1:21-CV-01613-LTB)
(D. Colo.)

_____

CEDRIC GREENE,

    Plaintiff - Appellant,

v.

FRONTIER AIRLINES, INC.,

    Defendant - Appellee.

No. 21-1395
(D.C. No. 1:21-CV-00385-LTB)
(D. Colo.)

_____

CEDRIC GREENE,

    Plaintiff - Appellant,

v.

DENVER COUNTY COURT, et al.,

    Defendants - Appellees.

No. 21-1397
(D.C. No. 1:21-CV-00330-LTB)
(D. Colo.)

_____

**ORDER**

_____

These matters are before the court on Appellant Cedric Greene's *Motion to Consolidate*, which seeks leave to consolidate these appeals pursuant to Fed. R. App. P. 27(2)(A). The court notes that Appeal No. 21-1245 is closed, and the mandate has issued. Appeal Nos. 21-1395 and 21-1397 challenge the district court's orders in two separate lawsuits striking his motions for reconsideration because the underlying cases were closed.

Upon consideration of the motion and review of the separate district court dockets, the court denies the motion to consolidate. However, upon completion of briefing in Appeal Nos. 21-1395 and 21-1397, both appeals will be assigned and submitted to the same panel of judges to consider them on the merits.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk