UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

December 20, 2021

Mr. Cedric Greene
501 East 6th Street
Los Angeles, CA 90021

**RE:**   **21-1395, Greene v. Frontier Airlines**
Dist/Ag docket: 1:21-CV-00385-LTB

Dear Appellant:

You have failed to comply with the requirements of the Federal Rules of Appellate Procedure or Tenth Circuit Rules in the following respect:

An entry of appearance has not been filed as required by 10th Cir. R. 46.1.

Please correct the stated deficiency within seven days of the date of this notice. Please note that if the document is not filed, it is possible the appeal could be dismissed for failure to prosecute under 10th Cir. R. 42.1.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

CMW/jjh