Tenth Circuit No. 21- 1395
D.C. No. 1: 21- CV- 00385- LTB

## UNITED STATES COURT OF APPEALS- TENTH CIRCUIT
1823 Stout Street
Denver, Colorado 80257

**CEDRIC GREENE,**

**Plaintiff- Appellant,**

**v.**

**FRONTIER AIRLINES, INC.,**

**Defendant- Appellee.**

## ENTRY OF APPEARANCE

**Cedric Greene**
**501 East 6th Street**
**Los Angeles, California 90021**
**Tel: (323) 972- 9966**
**Email:** *cedricgreene33@yahoo.com*

---

## *TO THE CLERK OF THE COURT:*

---

I hereby notify the clerk that Mr. Greene will be appearing *pro se* as the *APPELLANT* in this case. All notices regarding the case should be sent to him at the mailing address indicated.

If his mailing address changes, we will promptly notify the clerk in writing of his new mailing address.

In accordance with 10th Circuit Rule 46.1, I certify that *all parties to this litigation, including parties who are now or have been interested in this litigation,* are revealed by the caption for this appeal.

Dated: December 28, 2021                                    Signed by: *Cedric Greene Jr.*



U.S. POSTAGE PAID
FCM LETTER
LOS ANGELES, CA
90031
DEC 28, 21
AMOUNT
**$0.58**
R2305K141315-20

80257

1000

Tenth Circuit Court of Appeals

TENT823  808  CE 1
UNABLE TO FORWARD/FOR REVIEW

CZ701/12/22
CCOO11

BC: 80257000123  DU *0370-01200-06-35

FWI

80257>0001

Cedric Greene
501 E 6th Street
Los Angeles Ca 90021

Scanned by
US Marshal