UNITED STATES COURT OF APPEALS- TENTH CIRCUIT
1823 Stout Street
Denver, Colorado 80257

Tenth Circuit No. 21- 1395
D.C. No. 1: 21- CV- 00385- LTB

CEDRIC GREENE,

Plaintiff- Appellant,

v.

FRONTIER AIRLINES, INC.,

Defendant- Appellee.

---

Tenth Circuit No. 21- 1397
D.C. No. 1: 21- CV- 00330- LTB

CEDRIC GREENE,

Plaintiff- Appellant,

v.

DENVER COUNTY COURT; RODEWAY INN/ OYO HOTEL,

Defendant- Appellees.

---

APPLICATION FOR LEAVE TO FILE A LATE PETITION

---

Cedric Greene
501 East 6th Street
Los Angeles, California 90021
Tel: (323) 972- 9966
Email: cedricgreene33@yahoo.com

## TO THE CLERK OF THE COURT:

### 1.

The Court's order and judgment was issued, and it's expected that the mandate was issued upon the preparation of this submission.

Under *Federal Rules of Appellate Procedure 27(a)(1)*, Mr. Greene is asking the Court for leave to file a late Petition to this Court.

The legal request of Cedric Greene is accompanied by an affidavit in support of his Tenth Circuit request, in which shall be accepted within the meaning of *Federal Rules of Appellate Procedure 27(2)(B)(1)*.

## *AFFADAVIT OF CEDRIC GREENE IN SUPPORT OF HIS APPLICATION TO FILE A LATE PETITION*

### 2.

The Court has issued its order and judgment in the above case matters. Greene does not ask this Court for leave to submit late to rehash past arguments.

He ask the Court for authorization to present an argument before the Court in hopes that the Circuit will work with him regarding the resolution of these case issues.

As to the late submission request, Greene has been experiencing tragic troubles with a homeless shelter that finally came to a troublesome end on March 2, 2022.

It was an illegal discharge from the homeless facility that was issued near the closing of business hours on that exact date, in which prompted Greene to spend that night at the Airport.

From the dates of March 11 through 21, 2022, Greene has been focusing on catching up to other work and getting situated in his new living circumstances.

The new living circumstances permits Greene to do more than what he was able to in past circumstances. He currently isn't residing in a setting amongst other homeless clients.

He is in a program that permits him to have his own room in a shelter setting. New living circumstances caused for Greene to make some adjustments to the new living situation.

The new living situation has not deterred Greene's focus from these legal proceedings in Colorado. That's still his goal. His new living situation is no different from newly acquired *Russell Wilson*.

*Russell Wilson* is now a Denver Bronco and so is his wife Ciara. *Russell Wilson's* goal is to win Football games for Bronco Nation during the upcoming Football season.

It's also hopeful that he can help bring a Super Bowl title to the Mile High City leading the way as the new Quarterback for Bronco Nation.

Greene's hope in this case is that he can obtain the opportunity to submit a late Petition to this Court in hopes that its officials can give him the exact opportunity as *Russell Wilson*.

In providing Greene with the opportunity, he hopes that the Court will give him an opportunity to justify why it should work with its lower venue for possible adjustments to its restriction order.

For all of the above reasons, Greene is respectfully asking the Tenth Circuit for leave to *File a Late Petition* in this case.

I DECLARE under penalty of perjury that the foregoing is true and correct, and that this legal submission was signed and executed on this *21st day of March, 2022.*

Signature: *Cedric Greene Jr.*

