# UNITED STATES COURT OF APPEALS
# TENTH CIRCUIT

Office of the Clerk
Byron White United States Courthouse
Denver, Colorado 80257
(303) 844-3157

| | |
|---|---|
| Christopher M. Wolpert<br>Clerk of Court | Jane K. Castro<br>Chief Deputy Clerk |

March 29, 2022

Cedric Greene
501 East 6th Street
Los Angeles, CA 90021

      Re:    21-1395, *Greene v. Frontier Airlines, Inc.*
             21-1397, *Greene v. Denver Cty. Ct., et al.*

Dear Mr. Greene:

The court has received the submission you captioned *Application for Leave to File a Late Petition*, in which you express your hope that "the Court will give [you] an opportunity to justify why it should work with the lower venue for possible adjustments to its restriction order." However, as you are aware, the court entered an Order and Judgment on March 3, 2022, affirming the denial of your motions for reinstatement of the district court cases underlying these appeals. *See Greene v. Frontier Airlines, Inc.*, *et al.*, Nos. 21-1395, 21-1397 (10th Cir. March 3, 2022). In that Order and Judgment, the court again pointed out that you were required to raise any challenge to the district court's filing restrictions in an "appeal of the order that imposed them." *See id.* (quoting *Greene v. First to Serve Inc.*, 2022 WL 386233, at *2 (10th Cir. Feb. 9, 2022) (unpublished)). And this court has "elsewhere upheld these filing restrictions." *See id.* (citing *Greene v. Denver Cty. Court*, Nos. 21-1051, 21-1070, & 21-1245, 2021 WL 4272901, at *2 (10th Cir. Sept. 21, 2021) (unpublished)). Your submission states that you are not asking the court "for leave to submit late to rehash past arguments." *See Application for Leave to File a Late Petition* at 2.

It is thus unclear what relief, if any, you are requesting from this court. *See* Fed. R. App. P. 27(a)(2)(A) ("A motion must state with particularity the grounds for the motion, the relief sought, and the legal argument necessary to support it."); Fed. R. App. P. 27(d)(1)(B) (any motion filed in this court much contain "a brief descriptive title indicating the purpose of the motion"). As such, although the court has received your

*Application for Leave to File a Late Petition*, it will not take any further action regarding it.

Please be advised that this court may not respond to future correspondence or submissions regarding these closed cases.

                                                Very truly yours,

                                                CHRISTOPHER M. WOLPERT, Clerk

CMW/lal